UNITED STATES DISTRICT COURT
SOUTHRN DISTRICT OF FLORIDA
Case No.:19-CV-24786-JLK

MICHEL VILANOVA, ROBERTO ALVAREZ,
JOEL FERNANDEZ, CARLOS FERNANDEZ,
FRANCISCO FRANCIA, LEONARDO GONZALEZ,
GEISY QUESADA, and YASIER SUAREZ, on behalf
of themselves, individually, and on
behalf of all others similarly situated
who consent to their inclusion in a
Collective Action

   Plaintiffs,

v.

MOBILITY MEDICAL TRANSPORT, INC.,
a Florida Corporation, and MARIA COLLAZO
EXPOSITO and YANKO VALDEZ, individually;

   Defendants.
_____/

## MOTION FOR DEFAULT FINAL JUDGMENT

   COMES NOW, the Plaintiff, MICHEL VILANOVA, and on behalf of all others similarly situated, by and through his undersigned counsel, and moves this Honorable Court for entry of Default against Defendants, MOBILITY MEDICAL TRANSPORT, INC., a Florida Corporation, and MARIA COLLAZO EXPOSITO, individually (collectively referred to as "Defendants"), pursuant to Order on Clerk's Default Procedure entered on December 30, 2019 and Federal Rule of Civil Procedure 55(b) for failure to timely respond to Plaintiff's Complaint, and as grounds states as follows:

1. Defendant, MOBILITY MEDICAL TRANSPORT, INC. is a non-natural person and is not subject to the potential exceptions to entry of a default judgment applicable to an infant or

incompetent or a person in military service or otherwise exempted under the Servicemembers Civil Relief Act (50 U.S.C. App. §521).

2. Defendant, MARIA COLLAZO EXPOSITO, is not subject to the potential exceptions to entry of a default judgment applicable to an infant or incompetent or a person in military service or otherwise exempted under the Servicemembers Civil Relief Act (50 U.S.C. App. §521).

3. Defendants have not appeared in this action despite having been duly served with the Summons and Complaint in this matter. Defendants were required to file a responsive pleading to the Complaint on or before December 24, 2019.

4. Defendants failed to file a response to the Complaint within the date by which its responsive pleading was due or at any time thereafter, and Defendants have not made an appearance in this action.

5. The default of MOBILITY MEDICAL TRANSPORT, INC. and MARIA COLLAZO EXPOSITO, was entered by the Clerk of the Court on December 30, 2019. A true and correct copy of the Clerk's Default is attached as *Exhibit 1*.

6. Plaintiff's Complaint does not allege joint and several liability.

7. There is no possibility of inconsistent liability between Defendants.

8. Plaintiffs seeks entry of a default judgment against Defendant, MOBILITY MEDICAL TRANSPORT and Defendant MARIA COLLAZO EXPOSITO, in the amount of $234,827.80 Affidavits supporting Plaintiffs' measure of damages along with an attorney fee and cost affidavit are attached as *Exhibit 2*.

9. Additionally, undersigned counsel seeks recovery in the amount of $250.00 for costs and $15,750.00 for reasonable attorney's fees, making it a total of $250,827.80.

WHEREFORE, based on the foregoing and Defendants' failure to respond to Plaintiff's Complaint in the above captioned matter, the Plaintiff moves the Court to enter Final Judgment against Defendants.

### S.D. FLA. LOC. R.7.1(A)(3) CONFERENCE COMPLIANCE

Plaintiff's counsel has not consulted opposing counsel with respect to this motion because no counsel has yet appeared. Plaintiff's counsel will confer once opposing counsel has appeared and supplement this motion once Defendants' positions are known.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Entry Default Judgment was served by mail to Defendant MOBILTY MEDICAL TRANSPORT, INC. at 4172 23 Place SW Naples, Florida 34116 and Defendant, MARIA COLLAZO EXPOSIO at 4172 23 Place SW Naples, Florida 34116, and to the Clerk of Courts by CM/ECF on November 24th, 2020.

Respectfully submitted,

**GALLARDO LAW OFFICE, P.A.**
8492 SW 8th Street
Miami, Florida 33144
Telephone (305) 261-7000
Facsimile (305) 261-0088

By: _____
Elvis J. Adan, Esq.
Florida Bar No. 24223
Email: Elvis.adan@gallardolawyers.com