## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

Case No.:19-CV-24786-JLK

MICHEL VILANOVA, ROBERTO ALVAREZ,
JOEL FERNANDEZ, CARLOS FERNANDEZ,
FRANCISCO FRANCIA, LEONARDO GONZALEZ,
GEISY QUESADA, and YASIER SUAREZ, on behalf
of themselves, individually, and on
behalf of all others similarly situated
who consent to their inclusion in a
Collective Action

      Plaintiffs,

v.

MOBILITY MEDICAL TRANSPORT, INC.,
a Florida Corporation, and MARIA COLLAZO
EXPOSITO and YANKO VALDEZ, individually;

      Defendants.

_____/

### **ORDER ON MOTION FOR  DEFAULT FINAL JUDGMENT**

THIS CAUSE, having come before the Court on Plaintiffs', MICHEL VILANOVA,

ROBERTO ALVAREZ, JOEL FERNANDEZ, CARLOS FERNANDEZ, FRANSCICO

FRANCIA, LEONARDO GONZALEZ, GEISY QUESAD, and YASIER SUAREZ (hereafter

collectively referred to as "Plaintiffs"), on behalf of themselves, individually, and on behalf of all

others similarly situated who consent to their inclusion in a collective action, Motion for Default

Final Judgment and the Court having been otherwise fully advised in the premises, it is hereby:

**ORDERED** and **ADJUDGED** as follows:

1. Final Judgement is hereby entered in favor of Plaintiffs, MICHEL VILANOVA, ROBERTO ALVAREZ, JOEL FERNANDEZ, CARLOS FERNANDEZ, FRANSCICO FRANCIA, LEONARDO GONZALEZ, GEISY QUESAD, and YASIER SUAREZ (hereafter  collectively referred to as "Plaintiffs"), on behalf of themselves, individually, and on behalf of all others similarly situated who consent to their inclusion in a collective action, and against Defendant, MOBILITY MEDICAL TRANSPORT, INC., a Florida Corporation, and against Defendant, MARIA COLLAZO EXPOSITO, an individual.

2. Plaintiff, Michel Vilanova, shall recover from Defendants, Mobility Medical Transport and Maria Collazo Exposito, the amount of $48,384.00 in damages.

3. Plaintiff, Robert Alvarez, shall recover from Defendants, Mobility Medical Transport and Maria Collazo Exposito, the amount of $6,930.00 in damages.

4. Plaintiff, Carlos Fernandez, shall recover from Defendants, Mobility Medical Transport and Maria Collazo Exposito, the amount of $26,873.60 in damages.

5. Plaintiff, Geisy Quesada, shall recover from Defendants, Mobility Medical Transport and Maria Collazo Exposito, the amount of $10,443.20 in damages.

6. Plaintiff, Joel Fernandez shall recover from Defendants, Mobility Medical Transport and Maria Collazo Exposito, the amount of $29,184.00 in damages.

7. Plaintiff, Francisco Francia, shall recover from Defendants, Mobility Medical Transport and Maria Collazo Exposito, the amount of $38,400.00 in damages.

8. Plaintiff, Leonardo Gonzalez, shall recover from Defendants, Mobility Medical Transport and Maria Collazo Exposito, the amount of $21,525.00 in damages.

9.  Plaintiff, Yasier Suarez, shall recover from Defendants, Mobility Medical Transport and Maria Collazo Exposito, the amount of $53,088.00 in damages.

10. Additionally, Plaintiffs shall recover from Defendants, Mobility Medical Transport and Maria Collazo Exposito, $250.00 in costs and reasonable attorney's fees in the amount of $15,750.00.

**DONE AND ORDERED** at Miami, Florida on this 30th day of November, 2020.

HONORABLE JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to all parties and counsel of record:

Elvis J. Adan, Esq.
Elvis.adan@gallardolawyers.com